JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COREY DELAINE STEWART,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF GARDENA; GARDENA POLICE DEPARTMENT; GARDENA POLICE DEPARTMENT CHIEF OF POLICE ED MEDRANO; GARDENA POLICE DEPARTMENT DETECTIVES; ERIC MICHAELSEN, MICHAEL ROSS, RICHARD REYNAGA, and DETECTIVE HIRAI, individually and in their official capacity as police officers for the City of Gardena,<br><br>　　　　Defendant. | Case No. 2:15-CV-01425-CAS-PJWx<br>*[Hon. Christina A. Snyder, Dist. Judge; Hon. Patrick J. Walsh, Mag. Judge]*<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND OF THE ACTION**<br><br><br>Complaint Filed:　　02/27/2015<br>Trial Date:　　　　　Not Yet Set |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

**<u>ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS.</u>**

1. The Court hereby **dismisses with prejudice** all of plaintiff's claims and causes of action in this civil action regarding the claim for **Unlawful Detention** in violation of the Fourth Amendment to the U.S. Constitution, pursuant to 42 U.S.C. § 1983 by plaintiff COREY STEWART against defendants ERIC MICHAELSEN, MICHAEL ROSS, RICHARD REYNAGA, AND DET. TOSHIO HIRAI (in their individual and official capacities) [First Cause of Action].

2. The Court hereby **dismisses with prejudice** all of plaintiff's claims and causes of action in this civil action regarding the claim for **Unlawful Arrest** in violation of the Fourth Amendment to the U.S. Constitution, pursuant to 42 U.S.C. § 1983 by plaintiff COREY STEWART against defendants ERIC MICHAELSEN, MICHAEL ROSS, RICHARD REYNAGA, & DET. HIRAI (in their individual and official capacities) [<u>First Cause of Action</u>].

3. The Court hereby **dismisses with prejudice** all of plaintiff's claims and causes of action in this civil action regarding the claim for Municipal Liability/Unconstitutional Custom-Practice (*Monell* **Violation**), pursuant to 42 U.S.C. § 1983 by plaintiff COREY STEWART against defendants CITY OF GARDENA and POLICE CHIEF ED MEDRANO (in his individual and official capacity) [First Cause of Action].

4. To the extent any other legal claims or causes of action are implicitly or explicitly raised in plaintiff's operative Complaint [*e.g.*, Dkt. Doc. 1], the Court hereby **dismisses with prejudice** all such plaintiff's claims and causes of action in this civil action.

5. Pursuant to the parties' Stipulation, the Court hereby takes judicial notice of the fact that: plaintiffs and Defendants have each affirmed that the parties have mutually waived and released all claims in this action – including all claims for liability or damages or otherwise by any of the plaintiffs against any of the defendants or their

agents or employees – and have mutually waived and released all parties from all liability for any and all costs, court fees, and attorneys' fees arising out of this litigation between these parties thereto as to the aforementioned dismissed claims; and that, by and through plaintiff's attorneys of record in this action, plaintiff has further affirmed that plaintiff knowingly, freely, voluntarily, and without duress released and waived all claims for damages or liability, and all causes of action, which in any way arise from the incident at issue in this action.

6. In light of the foregoing, the Court hereby **dismisses with prejudice** this action in its entirety.

**IT IS SO ORDERED.**

DATED: February 19, 2016

**UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA**

By: *Christina A. Snyder*

Hon. Christina A. Snyder
**UNITED STATES DISTRICT JUDGE**

1  Respectfully Submitted By:

2  Eugene P. Ramirez (State Bar No. 134865)
     *epr@manningllp.com*
3  Tony M. Sain (State Bar No. 251626)
     *tms@manningllp.com*
4  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
5  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
6  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999

7

8  Attorneys for Defendants,
   CITY OF GARDENA (erroneously named
   as two separate parties, including the
9  GARDENA POLICE DEPARTMENT);
   POLICE CHIEF ED MEDRANO; DETS.
10 ERIC MICHAELSEN, MICHAEL ROSS,
   RICHARD REYNAGA, & TOSHIO
11 HIRAI